1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDY C. OLMEDA ) | CIVIL ACTION: |
|     Plaintiff, ) | 14-1904 |
| ) | |
| vs. ) | JUDGE: MARTIN |
| ) | L.C. FELDMAN |
| CAMERON INTERNATIONAL ) | |
| CORPORATION, PMG, INC., d/b/a ) | DIVISION: F-5 |
| a/k/a PMG, BILLY PEREZ and ) | |
| SCOTT CARRINGTON ) | |
|     Defendant. ) | |

        DEPOSITION OF ANGELO CARDINALE taken on Wednesday, April 8, 2015 at or about 12:17 p.m. at the Law Offices of McCranie Sistrunk, 909 Poydras Street, Suite 1000, New Orleans, Louisiana.

REPORTER:    KIMBERLY D. EDWARDS, CSR,
              Certified Court Reporter

APPEARANCES:

FOR PLAINTIFF:
        LAW OFFICE OF GLENN C. MCGOVERN
        2637 Edenborn Avenue
        Suite 101
        Metairie, Louisiana 70002
        Gcmcg@mac.com
        BY: GLENN C. MCGOVERN, ESQUIRE

Angelo Cardinale
April 8, 2015

19

1   that day, which meant I go to work at 12 at
2   midnight.  And apparently when I got to work, I was
3   told of a snorkel -- the word was reverberated
4   throughout the shop during the night, earlier
5   during the night.
6        Q.   While you were there?
7        A.   No, sir.  I didn't hear it when I was
8   there.  Okay?  Some of the guys were telling me,
9   jokingly, you know.  During that night -- I think
10  it was that night, I went on a smoke break.  I --
11  some of the boys were out there, Billy Perez,
12  Trent Basas and Scott, not Thomas.  Thomas was at
13  his machine.  I asked them what do they know about
14  the snorkel stuff.  And they didn't know anything,
15  and they mentioned Thomas Bragg.
16             So I went to Thomas.  I asked him
17  what's going on and stuff like that.  He admitted
18  that it originated from him.  So that night instead
19  of writing an e-mail, the next morning I called
20  Melvin about it and told him this is what went on.
21  The reason I didn't write an e-mail is because it
22  takes too long.
23       Q.   The snorkel -- I don't want to put
24  words in your mouth.  The snorkel was like you had
25  a safety meeting, I believe, and he made a comment

21

BY MR. MCGOVERN:

Q. Well, is that what was happening, that the younger people weren't cleaning up or doing their job as they were and making more work for you?

A. Sometimes they would leave things hanging around. Because we stress production, they would leave their -- some of their equipment and move their job to the machine, put the job on the machine and get on the job immediately.

I don't know if they had intentions of going back to pick up their mess, but I would see it and I would pick it up. He was at -- his machine was right in front of where they would do the lifting and where the lifting equipment would be.

Q. And tell me about the safety meeting when he brought this up. What did he say, what did you say, what do you remember?

A. I think there was a Robert Sherman mentioning something about -- it's somewhere in there. And I said snorkel because I didn't know what it meant. And I kind of laughed. I guess I laughed, and eventually that night, I went out in the shop and found out what it meant. So that's

Angelo Cardinale
April 8, 2015

22

1  about...
2     Q.   Did you use the word snorkel in front
3  of the men at the meeting?
4     A.   Well, when it was -- when Robert
5  mentioned it, I said, snorkel, like curious, you
6  know, curious.  What does that mean, you know.
7  That's about it, you know.  Then I was told what it
8  meant.
9     Q.   And it means what?
10    A.   It means that you're up -- you're so
11 far up somebody's ass that you need a snorkel to
12 breathe, I think, something like that.
13    Q.   So he was brown-nosing you?
14    A.   I don't know.  I mean, I don't let that
15 bother me too much.
16    Q.   It was just like a criticism, in
17 layman's terms, that he was trying to curry favor
18 with you?
19    A.   It could be misconstrued that way.
20    Q.   Okay.  What was the reaction to the
21 other people when this happened, this was said at
22 the meeting?  Tell me what went on.
23    A.   I didn't really look at their reaction.
24 If I had to say -- it's only speculation, but I
25 would say just kind of quiet, I mean, I guess.  I

1    that.  The shooting incident --
2         A.    I haven't talked to --
3         Q.    -- 9/14.
4         A.    Andy called me -- he had left that
5    night from work.  He called me, I would say, maybe
6    a quarter to 6 and told me that somebody had shot
7    his car -- his truck.  And he -- I said, well --
8    and he said he thought it was Scott and Billy, Jr.
9    We call him Billy, Jr.  I said, well, how do you
10   know that?  He said, well, he recognized the truck.
11              He said he was somewhere, I think,
12   maybe around Schriever.  And I said, you need to
13   call the cops.  That's how basically it ended.  I
14   told the first shift lead man at the time, because
15   I was going off the shift, Drew Andrews.  Now, what
16   happened -- that's the last time I've spoken with
17   Andy.
18        Q.    So your response to him, you didn't say
19   like -- excuse my language -- like, ah, shit?  You
20   didn't say that to him?
21        A.    No, sir.
22        Q.    And did --
23        A.    My response was, did you know who it
24   was?  And he said he thought it was Scott and
25   Billy, and they shot maybe the back light -- I

47

standpoint, as I understand it, you addressed that with him, and he addressed it with Mr. Olmeda, and that was the end of it? Is that right?

A. I have no knowledge if he addressed it with Mr. Olmeda. When I talked to him, he said he was going to talk to Andy. Whether he did, I don't know. But that night -- I'm sorry, the next morning, I called Melvin instead of writing an e-mail, and told him what had gone on. I think maybe -- I'm assuming Melvin talked to him.

Q. Did Mr. Olmeda ever come back and approach you and say, hey, this is going on again, this name-calling is going on again?

A. No, sir.

Q. Okay. Having been the lead man on the floor, are you aware of anything that PMG could have done to prevent this shooting event that occurred September 14, 2013?

A. No.

Q. September 14, 2013?

A. No, sir. I think -- me, personally, I think those kids were just in a drunken state and they just -- kids -- I didn't understand.

BY MR. HAUSWIRTH:

I don't have anything further for you.

49

1   you want me to...
2       Q.   Did he give any specific details, the
3   same type of story with Slash and things like that?
4       A.   Well, it was they had a band.  He knew
5   some rock star people.  And I think his girlfriend
6   was very popular in maybe the video industry or
7   something like that, music video industry.  I mean,
8   just things, stuff.
9       Q.   Are you aware of whether or not
10  Mr. Carringon created a list titled something to
11  the effect of ten ways how to kill Andy?
12      A.   No, sir.
13      Q.   You've never heard of that?
14      A.   Never heard of that.
15      Q.   Today's the first time you heard of
16  that?
17      A.   Yes, sir.
18          BY MR. SHERMAN:
19              I don't have any further questions.
20                  CROSS EXAMINATION
21  BY MR. TIPTON:
22      Q.   Just real quickly, on P-13, which is
23  the write-up of Billy Perez and -- involving
24  Reed Johnson.  They couldn't talk about the
25  sabotage of the G54, but it's not Billy Perez who's

REPORTER'S CERTIFICATE

I, KIMBERLY DELATTE EDWARDS, Certified Court Reporter in and for the State of Louisiana, Certificate No. 20017, as the officer before whom this testimony was taken, do hereby certify that ANGELO CARDINALE to whom the oath was administered, after having been duly sworn by me on April 8, 2015, upon authority of R.S. 37:2554, did testify as hereinbefore set forth in the foregoing 55 pages;

That this testimony was reported by me in the stenotype reporting method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding;

That the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the board;

That I have acted in compliance with the prohibition on contractual relationships, as defined by Louisiana Code of Civil Procedure Article 1434 and in rules and advisory opinions of the board;

That I am not related to counsel or to the parties herein, nor am I otherwise interested in the outcome of this matter.

DATED this 20TH day of APRIL, 2015.

_____
Kimberly Delatte Edwards, CSR
Certificate No. 20017