UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| ANDREW C. OLMEDA,<br> *Plaintiff*<br><br>*versus*<br><br>CAMERON INTERNATIONAL CORPORATION, PMG, INC, D/B/A A/K/A PERSONAL MANAGEMENT GROUP D/B/A A/K/A PMG, BILLY PEREZ AND SCOTT CARRINGTON,<br> *Defendants.* | CIVIL ACTION NO. 14-CV-01904<br><br>JUDGE: MARTIN L.C. FELDMAN<br><br>MAG: MICHAEL NORTH<br><br>DIV: F-5<br><br>JURY TRIAL REQUESTED |
|---|---|

## OPPOSED MOTION TO CONTINUE MSJ RULE DATES

**NOW INTO COURT,** through undersigned counsel come Plaintiff Andrew C. Olmeda, who wishes to file the following Motion to Continue to continue the MSJ rules which was originally scheduled for trial on Wednesday, June 17, 2015, specified by this Honorable Court for the following reasons:

1. Plaintiff's Counsel, Glenn C. McGovern will be attending and lead counsel in a five (5) day jury trial in a wrongful death case for the Civil District Court in Orleans Parish before Judge Regina Woods No. 2010-6356, Div. B-12 entitled "Angy Riley et al v. Crescent City Partners LLC, N.O. Harley Davidson dba aka Hurricane Harley Davidson et al" during the same week starting June 15, 2015 and estimated to go thru June 19, 2015. (Exhibit A notice of trial June 15, 2015 week.) It will not be continued.

2. Also the F.R.E. Rule 30(b) (6) PMG corporate deposition by telephone/video of PMG who is in Minnesota, has not been held and is scheduled for June 10, 2015 at 1 p.m. CSDT.

1

The corporate Cameron International 30(b)(6) depositon of Cameron by phone/video has been requested but been set for June 10, 2015, as Cameron just on June 4, 2015 confirmed the June 10, 2015 date requested. Defendants Cameron and PMG each then filed two motions for summary judgment on June 2, 2015, before the depositions are held and discovery is not completed.

3.      Also plaintiff's counsel has been diligent in trying to locate and get service on an important witness, Thomas Bragg in North Carolina, who in a audio recorded statement confirmed plaintiff Andy Olmeda complained he received threats from Cameron employees and who used derogatory racial slurs at work, Scott Carrington and Billy Perez, supervisors, and reported the death threats to Angelo Cardinale, a supervisor at Cameron. Thomas Bragg will confirm Angelo Cardinale, did not report the death threats to higher ups at Cameron, and are trying to depose him on June 22, 2015, and plaintiff's have subpoenaed him for trial but have not obtained service on him as of date.  Thomas Bragg will also testify PMG they fired him over the incident, which is the company we were working for out of Bloomington, Minnesota and they refused to hire him again. (See Exhibit 'B'- attached transcript of Thomas Bragg's audio statement.)  Defendants stated they could not find Thomas Bragg, but petitioner's counsel hired a private investigator and found him recently then sent a subpoena to him for trial and hopefully plaintiff will be able to depose him by video for perpetuation, as Thomas Bragg is a critical relevant witness who has been uncooperative. Petitioner did issue a subpoena him for trial and paid the $826 witness travel fee. Thomas Bragg was just served for trial on June 4, 2015, and petitioner is trying to depose him on June 22, 2015 in North Carolina.

WHEREFORE, plaintiff, Andrew C. Olmeda, due to conflict of trying a jury trial that week and all discovery is not completed in this case, respectfully requests this Honorable Court grant this Motion to Continue originally scheduled to be heard on June 17, 2015 with oral argument at 9:00 a.m. to be reset to the next hearing date of July 8, 2015 so discovery can be completed and he has additional time to respond to the two motions for summary judgment filed.

Respectfully Submitted,

    *s/ Glenn C. McGovern*
**GLENN C. MCGOVERN** (Bar# 9321)
*Attorney for Plaintiff, Andy Olmeda*
2637 Edenborn Ave., Suite 101
Metairie, LA 70002
Mailing address: P.O. Box 516
Metairie, LA 70004-0516
Phone: (504) 456-3610
Facsimile: (504) 456-3611
E-mail gcmcg@mac.com

## CERTIFICATE

I hereby certify that a copy of the above foregoing Motion to Continue the rule for MSJ's has been served on all counsel of record via email, this   5th   day of   June  , 2015.

    *s/ Glenn C. McGovern*
Glenn C. McGovern, Attorney for Plaintiffs