UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| ANDREW C. OLMEDA,<br> *Plaintiff*<br><br>*versus*<br><br>**CAMERON INTERNATIONAL CORPORATION, PMG, INC, D/B/A A/K/A PERSONAL MANAGEMENT GROUP D/B/A A/K/A PMG, BILLY PEREZ AND SCOTT CARRINGTON,**<br> *Defendants.* | CIVIL ACTION NO. 14-CV-01904<br><br>JUDGE: Martin L.C. Feldman<br><br>MAG: Michael North<br><br>DIV: F-5<br><br>JURY TRIAL REQUESTED |
|---|---|

**MEMORANDUM IN SUPPORT OF OPPOSED
MOTION TO CONTINUE MSJ RULE DATES**

**MAY IT PLEASE THE COURT;**

Plaintiff, Andrew Olmeda, through undersigned counsel, who moves this Honorable Court to continue the rule date for defendants Motion for Summary Judgment scheduled for Wednesday, June 17, 2015 to the next available court date, which is July 8, 2015 for the plaintiffs in this matter, for the following reasons:

1.) Plaintiff's counsel, Glenn C. McGovern, will be attending and lead counsel in a five (5) day jury trial for case no. 2010-6356, Div. B-12 entitled "Angy Riley et al v. Crescent City Partners LLC, N.O. Harley Davidson dba aka Hurricane Harley Davidson et al" during the week of June 17, 2015.

2.) PMG's corporate deposition by telephone/video is scheduled for June 10, 2015 at 1:00 pm with all parties participating.

3.) Cameron International's deposition by telephone/video is scheduled for June 10, 2015 with all parties participating.

4.) Defendant's Cameron and PMG filed two (2) Motion for Summary Judgement which plaintiff's counsel received on June 2, 2015, before the corporate depositions of defendants are held and before discovery is complete.

5.) Plaintiff's counsel has received confirmation of service of the Trial Subpoena on Thomas Bragg on June 5, 2015, confirming Thomas Braggs address. Therefore, plaintiff would now like to depose Thomas Bragg as he is a critical relevant witness in this matter and his deposition testimony would be essentially necessary for plaintiff and defendant's counsel to proceed in this matter.

WHEREFORE, petitioners pray the hearing date in this matter be rescheduled to July 8, 2015 at 9:00 a.m., and that plaintiffs be granted additional time to respond to defendants Motion for Summary Judgment.  This motion to continue is opposed by defendant's PMG's counsel.

Respectfully Submitted By:

*s/ Glenn C. McGovern*
Glenn C. McGovern, Attorney for All Plaintiffs
La. Bar Number 9321
P.O. Box 516
Metairie, Louisiana 70004-1615
Physical Address:
2637 Edenborn Avenue, Suite 101
Metairie, Louisiana 70002
Phone: (504) 456-3610
Fax: (504) 456-3611

**CERTIFICATE OF SERVICE AND CERTIFICATE OF OPPOSITION**

I certify that a copy of this pleading has been forwarded to all counsel of record via facsimile, on this   5th   day of   June  , 2015.  This motion to continue is opposed by defendant's counsel.

*s/ Glenn C. McGovern*
Glenn C. McGovern, Plaintiff's Attorney