UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANDY C. OLMEDA,** | § | **CIVIL ACTION NO. 14-1904** |
| | § | |
| **Plaintiff,** | § | |
| **vs.** | § | |
| | § | |
| **CAMERON INTERNATIONAL** | § | **JUDGE: MARTIN L.C. FELDMAN** |
| **CORPORATION, PMG, INC.,** | § | |
| **d/b/a a/k/a PERSONAL MANAGEMENT** | § | **MAGISTRATE: MICHAEL NORTH** |
| **GROUP d/b/a a/k/a PMG, BILLY PEREZ** | § | |
| **and SCOTT CARRINGTON** | § | |
| | § | |
| **Defendants.** | § | **DIVISION "F-5"** |

---

**CONTESTED ISSUE OF GENUINE ISSUES OF**
**MATERIAL FACTS OF PLAINIFF ANDY OLMEDA**

Now into court through undersigned counsel for Andy Olmeda, plaintiff who states the following genuine issues of material fact exist which are contested are as follows:

1.     Whether Angelo Cardinale was notified of complaints of racial discrimination and harassment with death threats from Scott Carrington by Andy Olmeda before the shooting incident of Andy Olmeda by Billy Perez and Scott Carrington. (See Exhibits P-21, Affidavit of Andy Olmeda; P-22, Deposition of Andy Olmeda; P-25, Statement of Thomas Braggs)

2.     Whether Angelo Cardinale knew of Billy Perez and Scott Carrington's talk of scaring Andy Olmeda and took no action whatsoever. (See Exhibits P-7, EEOC Questionnaire *&* Answers by Andy Olmeda; P-21, Affidavit of Andy Olmeda; P-22, Deposition of Andy Olmeda; P-25, Statement of Thomas Braggs; P-27, Deposition of Angelo Cardinale)

1

3.      Whether Angelo Cardinale received complaints of racial slurs against Andy Olmeda from Andy Olmeda and took no action. (Exh. P-21)

4.      Whether Angelo Cardinale physically stopped Andy Olmeda from calling Melvin Burger directly to complain of racial slurs and death threats before the shooting, by Cardinale grabbing the arm of Andy Olmeda to stop Olmeda from calling Melvin Burger on his cell phone.(Exh. 21)

5.      Whether Angelo Cardinale was a supervisor or not. (Conflicting P-26, P-27, P-21)

6.      Whether Billy Perez was a supervisor of Olmeda or not. (Conflicting P-26, P-27, P-21)

7.      Whether Scott Carrington was a supervisor of Olmeda or not. (Conflicting P-26, P-27, P-21)

8.      Whether Angelo Cardinale, Billy Perez and Scott Carrington were reasonably perceived to be supervisors at Cameron International by Andy Olmeda. (Conflicting P-26, P-27, P-21)

9.      Whether Angelo Cardinale, Joe Coombs, PMG and Cameron International are liable for the breach of duty under state law, La. C.C. 2315 for their failure to act to protect the foreseeable discrimination, humiliation, retaliation and shooting by Scott Carrington and Billy Perez.

10.     Whether Andy Olmeda was called racial slurs such as Beaner, Spic, and profane words ever day at Cameron International by Scott Carrington of Cameron, Angelo Cardinale of Cameron, Billy Perez of Cameron, and Thomas Bragg of PMG. (P-21, P-20 P-22, P-25, P-16, P-17, P-28, P-29)

11.     Whether Scott Carrington threatened Andy Olmeda with bodily harm and Angelo Cardinale knew or should have know and took no action to stop it from happening. (P-21, P-20, P-28)

12.     Whether Cameron International did or should have reported the workplace racial slurs and threats of bodily harm to PMG or had a duty to do so.

13.     Whether PMG replaced, terminated and reassigned Andy Olmeda. (P-21)

14.     Whether Cameron International and PMG replaced, terminated and asked Andy Olmeda to be removed from Cameron International. (P-22, P-20, P-27)

15.      Whether Cameron International wanted to keep Andy Olmeda working at Cameron. (P-28, P-29, P-27, P-26)

16.     Whether PMG retaliated against Andy Olmeda by removing him and not transferring him anywhere else. (P-20, P-27)

17.     Whether PMG has refused to hire Andy Olmeda ever again and if this is retaliation for his complaints. ( P-21, P-27 )

18.     Whether PMG and Cameron International are liable for plaintiff's state law claims for assault, battery, negligent and intentional infliction of emotional distress, negligent hiring, negligent supervision, state claims for racial discrimination under Louisiana state law including La. C.C. 2315.

19.     Whether Scott Carrington and Billy Perez's acts arose out of the workplace at Cameron International in Berwick, La. plant. ( P-16, P-17, P-21, P-3)

20.     Whether PMG had a viable discrimination and anti-retaliation policy it actually implemented and communicated/taught to Andy Olmeda and Thomas Bragg. (P-27, P-21)

21.     Whether Cameron International had a viable discrimination and anti-retaliation policy it actually implemented and communicated/taught to Andy Olmeda, Thomas Bragg. Billy Perez and, Angelo Cardinale, Melvin Burger and Drew Carrington. (P-26, P- 17, P-16)

22.     Whether Cameron International's policy was just a paper policy and not implemented. ( P-27, P-16, P-17, P-21)

23.     Whether PMG's policy was just a paper policy and not implemented. (P-27, P-16, P-17, P-21, P-24) Whether Carrington and Perez stalked Andy Olmeda from the parking lot and took a shotgun to work in their car/truck. (P-3, P-16, P-17, P-21)

25.     Whether Scott Carrington got upset and planned the shooting after Andy Olmeda heard Carrington make another racial slur Beaner the day before the shooting and Olmeda threatened to file a discrimination complaint and sue over the racial harassment and racial slurs. (P-3, P-16, P-17)

26.     Whether PMG continues to retaliate after Andy Olmeda filed a EEOC complaint by listing him as never being able to work for PMG again after his racial complaints. (P-21, P-27)

27.     Whether Cameron continues to retaliate after Andy Olmeda filed an EEOC complaint by never hiring him after he was removed and complained of racial slurs and acts of violence in the workplace. (P-18 PMG _0005, P-27)

28.     Is PMG a hostile work environment for minorities such as Andy Olmeda. (P-21)

29.     Is Cameron International Berwick plant a hostile work environment for minorities such as Andy Olmeda. (P-21, P-3)

30.     Was Andy Olmeda perceived as a Beaner or Mexican at work at Cameron International and discriminated against. (P-21, P-25)

31.     Was Andy Olmeda stalked and shot at with a shotgun with buckshot to harm him by Scott Carrington and Billy Perez. ( P-3, P-16, P-17, P-15)

32.     How many shots were fired by Scott Carrington and Billy Perez to damage his truck and blow out his rear tire. (P-3, P-16, P-17)

33.     What injuries and damages and mental damages Andy Olmeda sustained  by being shot at with a shotgun with buckshot multiple times.  (P-20, P-21, P-22, P-2)

34.     Does being called a Snorkel by both Angelo Cardinale of Cameron International, Thomas Bragg of PMG, Billy Perez, Scott Carrington and the entire workforce in the machine shop at Cameron International at Berwick by shouting SNORKEL the entire shift, with no intervention to stop by Angelo Cardinale make Cameron International plant at Berwick, La. a hostile work

environment for perceived minority member Andy Olmeda. (P-25, P-21, P-20, P-16, P-17, P-28 P-29)

35.     Whether Joe Coombs violated PMG's Gold Standard in its own rules by not returning phone calls from Laura Hawkins and Andy Olmeda of complaints of bodily harm, death threats, and racial slurs at Cameron. (P-27, P-20, P-21, P-25)

36.     Whether Andy Olmeda ever told PMG or tried to tell PMG and Angelo Cardinale and Melvin Burger he was getting harassed due to his race, perceived race, subjected to racial slurs had threats of bodily harm and death made by Cameron supervisors and employees. (P-20, P-21, P-25)

37.     Whether PMG acted properly in its investigation or did nothing in not even interviewing any PMG employees or visiting the site or with police. (P-27 P-26, P-21, P-25)

38.     Whether Cameron International acted properly in its investigation or did nothing in not even interviewing Carrington or Perez or other employees in the workplace after the shooting nor talking to police. (P-27, P-28, P-29, P-26, P-25, P-20, P-21, P-18, PMG_0001-0005)

39.     Whether trying in vain to call multiple times Joe Coombs of PMG who failed to return both Laura Hawkins and Andy Olmeda's multiple telephone calls before the shooting of Olmeda was proper. (P-27, P-20, P-21, P-25)

40.     Whether PMG's lack of a written anti-harassment policy or written complaint procedure relevant and fatal to its defenses. (P-27, P-21)

42.     Whether Cameron International's lack of a written anti-harassment policy or written complaint procedure is relevant and fatal to its defenses. (P-26, P-28, P-27, P-20, P-21, P-25)

43.     Whether PMG and Cameron violated their own acknowledged basic rules for all employees to be safe from discrimination, retaliation and violence in the work place they acknowledged in the corporate depositions of PMG and Cameron International. (P-26, P-27)

*Date:* June 23, 2015

Respectfully Submitted:

s/  Glenn C. McGovern
**GLENN C. MCGOVERN** (La. Bar #9321)
Attorney for Petitioner
Mailing Address:
P.O. Box 516
Metairie, Louisiana 70004-0516
Physical Address:
2637 Edenborn Avenue, Suite 101
Metairie, Louisiana 70002
Telephone: (504) 456-3610
Facsimile:  (504) 456-3611
Email: gcmcg@mac.com


**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June 2015, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, and that a copy of same was forwarded to all counsel of record by facsimile and U.S. First Class Mail, properly addressed, postage prepaid and said Notice of Filing same has been sent via Court's CM/ECF system to each party.

    s/  Glenn C. McGovern
Glenn C. McGovern, Attorney for Plaintiff

6